David M. Wagner
CROWLEY, HAUGHEY, HANSON,
  TOOLE & DIETRICH P.L.L.P.
P.O. Box 10969
Bozeman, MT 59719-0969
Phone: (406) 556-1430
Fax: (406) 556-1433
Email: dwagner@crowleylaw.com

Attorneys for Defendant Right Now Technologies, Inc.

**UNITED STATES DISTRICT COURT,
DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| OPTIONSXPRESS HOLDINGS, INC., a Delaware corporation,<br><br>Plaintiff<br><br>v.<br><br>RIGHTNOW TECHNOLOGIES, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. CV-08-71-BU-SEH<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT** |

COMES NOW Defendant, by and through counsel of record, and pursuant to Rule 7.1, Fed. R. Civ. P., hereby disclose that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

//

//

//

Respectfully submitted this 8th day of December, 2008.

                By:  /s/ David M. Wagner
                     David M. Wagner
                     CROWLEY, HAUGHEY, HANSON, TOOLE
                     & DIETRICH P.L.L.P.

                     Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that, on December 8, 2008, a true and correct copy of the foregoing document was served on the following persons by the following means:

1, 2    CM/ECF

___    Hand Delivery

___    Mail

___    Overnight Delivery Service

___    Fax

___    E-Mail

1.    Clerk, U.S. District Court

2.    Jonathan W. Anderson
      KAUFMAN, VIDAL, HILEMAN & RAMLOW, P.C.
      22 2nd Avenue West, Suite 4000
      P.O. Box 728
      Kalispell, Montana  59903-0728
      jwa@kvhlaw.com
      Attorneys for Plaintiff