UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| OPTIONSXPRESS HOLDINGS, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br>V.<br><br>RIGHTNOW TECHNOLOGIES, INC., a Delaware corporation,<br><br>      Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CV-08-71-BU-SEH |

\_\_\_\_\_  **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of Plaintiff and against the Defendants.**

\_\_X\_\_\_\_  **Order of Court**

      **This case is DISMISSED for lack of jurisdiction.**

**PATRICK E. DUFFY**
**CLERK**


\_\_/s/ *Erica Larson*\_\_\_\_\_
**(By) DEPUTY CLERK**